Paul T. Trimmer, Bar No. 9291
trimmerp@jacksonlewis.com
Amy L. Baker, Bar No. 11907
amy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PANKAJ PANDHI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DROCK GAMING, LLC d/b/a The D CASINO HOTEL LAS VEGAS, a Nevada Limited Liability Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive.<br><br>Defendants. | Case No.: 2:14-cv-02178-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Pankaj Pandhi, by and through his counsel Patrick Kang, and Defendant Drock Gaming, LLC d/b/a The D Casino Hotel Las Vegas, by and through its counsel Jackson Lewis, P.C., that the above entitled matter be dismissed with prejudice, each party to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated this 3rd day of April, 2015. | Dated this 3rd day of April, 2015 |
| KANG & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
| */s/ Erica Loyd*<br>Patrick W. Kang, Esq.<br>Erica Loyd, Esq.<br>6480 W. Spring Mountain Rd., Suite 1<br>Las Vegas, Nevada 89103<br>*Attorneys for Plaintiff Panjak Pandhi* | */s/ Amy L. Baker*<br>Paul T. Trimmer, Esq.<br>Amy L. Baker, Esq.<br>3800 Howard Hughes Pky., Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

JACKSON LEWIS P.C.
LAS VEGAS

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear their own attorney fees and costs. This Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of April, 2015.

4852-8555-3954, v. 1